IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02598-ZLW-MEH

MARY TURNER,

    Plaintiff,

v.

SUNBEAM PRODUCTS, INC., a Delaware corporation,

    Defendant.

___

### ORDER OF DISMISSAL
___

    The matter before the Court is a Voluntary Motion To Dismiss Without Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Voluntary Motion To Dismiss Without Prejudice is granted.  It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed without prejudice, the parties to pay their own costs and attorneys fees.

    DATED at Denver, Colorado, this   20   day of March, 2007.

                              BY THE COURT:

                              _____

                              ZITA L. WEINSHIENK,  Senior Judge
                              United States District Court